## New York Marine Court.

*Special Term—November* 10, 1877.

## MARGARET HOAG *against* RALPH MOSS, ET AL.

Where the plaintiff, in an action of replevin, recovers six cents damages, and the value of the property recovered was assessed at $30: *Held* (following several cases), that the plaintiff was, under the statute as to costs, entitled to recover the same amount of costs as damages.

McADAM, J.—The plaintiff recovered a verdict in an action of claim and delivery. The jury assessed the value of the property at $30, and awarded her six cents damages. The statute (1875, c. 479, § 45, subd. 4;

*Code of Pro.* § 304), allows the plaintiff, under such circumstances, six cents costs, being the same in amount as the damages (8 *How. Pr.* 238, 269 ; 23 *Id.* 44 ; 27 *Id.* 76),    The clerk is directed to retax accordingly.